UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES M. FERGUSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 06-3936 |
| STATE FARM INSURANCE COMPANY | SECTION "C" (3) |

ORDER AND REASONS

This matter comes before the Court on defendant's motion to bifurcate trial and discovery. Having considered the record, the memoranda of counsel and the law, the Court has determined that bifurcation is not appropriate for the following reasons.

The defendant, State Farm Insurance Company ("State Farm") argues in this motion that bifurcation under Fed. R. Civ. P. 42(b) of the claims for contractual insurance coverage and bad-faith denial of coverage is appropriate because a joint trial would be unduly prejudicial. Rule 42(b) provides for separate trials in relevant part as follows:

> The court, in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy, may order a

1

> separate trial of any claim ... always preserving inviolate the right of trial by jury ....

Piecemeal trial of separate claims or issues in a single suit is "not to be the usual course." Charles Alan Wright & Arthur R. Miller, 9 *Federal Practice & Procedure* §2388 (West). The decision to order separate trials is within the discretion of the court. Id.

The Court will assume that some prejudice to the defendant may result from the joint trial of the issues of coverage and bad faith denial. Any prejudice, however, would not be substantial enough to warrant separate trials and would not be judiciously expeditious or serve economical. Unlike the situation in O'Malley v. United States Fidelity & Guaranty Co., 776 F.2d 494 (5th Cir. 1985), State Farm is named a defendant in many suits arising out of Hurricane Katrina, and this is only one of many suits against insurers claiming both coverage and bad faith denial. It was not this Court's custom to order bifurcation in such insurance cases before the storm, and judicial resources are being strained to accommodate the record number of suits filed after the storm.

Accordingly,

IT IS ORDERED that the motion to bifurcate trial and discovery filed by State

Farm Insurance Company is DENIED. (Rec. Doc. 18).[1]

New Orleans, Louisiana, this 8th day of January, 2007.

                                            HELEN G. BERRIGAN
                                            UNITED STATES DISTRICT JUDGE

---

[1] This ruling is not intended to affect defendant's right to challenge the scope of discovery, if appropriate.